B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**District of Maryland** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gourmet Express Acquisition Fund, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-1406575** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7 Saint Paul Street, Suite 1900**<br>**Baltimore, MD**<br><div align="right">ZIP Code<br>**21202-1626**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Baltimore City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) | Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gourmet Express Acquisition Fund, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) ||||
|---|---|---|---|
| Location<br>Where Filed:  **- None -** || Case Number: | Date Filed: |
| Location<br>Where Filed: || Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor:<br>**See Attachment** || Case Number: | Date Filed: |
| District: || Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)      (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br>      _____<br>      (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Gourmet Express Acquisition Fund, LLC** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Dennis J. Shaffer**
Signature of Attorney for Debtor(s)

**Dennis J. Shaffer 25680**
Printed Name of Attorney for Debtor(s)

**Whiteford, Taylor & Preston, LLP**
Firm Name

**7 Saint Paul Street**
**Suite 1800**
**Baltimore, MD 21202-1626**

Address

**410-347-8700  Fax: 410-752-7092**
Telephone Number

**March 16, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lester L. Good**
Signature of Authorized Individual

**Lester L. Good**
Printed Name of Authorized Individual

**Acting CFO**
Title of Authorized Individual

**March 16, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Gourmet Express Acquisition Fund, LLC** _____ ,    Case No. _____
                                                       Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Gourmet Express Holdings, LLC** <br> **Maryland** | | **03/16/15** |
| **Gourmet Express, LLC** <br> **Maryland** | | **03/16/15** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    __Gourmet Express Acquisition Fund, LLC__            Case No. _____
                                 Debtor(s)          Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Genesis Merchant Partners**<br>**15 Valley Drive**<br>**Greenwich, CT 06831** | **Genesis Merchant Partners**<br>**c/o Genesis Merchant Partners I & II**<br>**15 Valley Drive**<br>**Greenwich, CT 06831** | | | **2,580,388.89** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Gourmet Express Acquisition Fund, LLC**                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Acting CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **March 16, 2015**                    Signature    **/s/ Lester L. Good**
                                                            **Lester L. Good**
                                                            **Acting CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    **Gourmet Express Acquisition Fund, LLC** ,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See Attached** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Acting CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **March 16, 2015** _____

Signature _ **/s/ Lester L. Good** _____
            **Lester L. Good**
            **Acting CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___  continuation sheets attached to List of Equity Security Holders

## GOURMET EXPRESS ACQUISITION FUND, LLC
### LIST OF EQUITY SECURITY HOLDERS

| | |
|---|---|
| St. Peter Port Capital Limited | 17.98% |
| EuroPanel AB | 5.99% |
| Hawk Investment Holdings, LTD | 3.00% |
| David J. Large | 1.50% |
| John Robert Foley | 1.50% |
| Michael Pringle | 1.50% |
| Kevin Martin | 1.50% |
| John David Cheney | 0.90% |
| Gambetta Affarsutveckling | 0.90% |
| Richard Lawrence Higgs | 0.60% |
| Andrew Lakeman | 0.60% |
| Gareth Derbyshire | 0.60% |
| Peter Shaw | 0.60% |
| Simon Jackson | 0.60% |
| Anthony Woodward | 0.60% |
| RushLade Investments, Ltd. | 0.60% |
| Scott Mereness (Blue Heron) | 0.60% |
| Ian David Bower | 0.30% |
| Sean Fletcher | 0.30% |
| John Millar | 0.30% |
| Braden McCormick | 0.45% |
| Ontario Limited | 0.30% |
| Timothy Minzey | 0.30% |
| Michael Selby | 0.27% |
| David Quint | 0.18% |
| Helmsquire Holdings Limited | 0.15% |
| Daniel Brothman | 0.15% |
| Vexus Derivatives, Ltd. | 0.60% |
| Wynston Hill Opportunity Fund | 1.20% |
| Paul E. Starkey | 0.19% |
| Syndra SA | 0.22% |
| 629 Amboy Avenue, LLC | 0.28% |
| Dave E. Ferrell | 0.22% |
| VABDS | 0.37% |
| Tamara Garber | 0.07% |
| Richard North | 0.19% |
| Guy Jones | 0.37% |
| Chris Mercer | 0.37% |
| Alan Muir | 0.19% |
| Genesis Merchant Partners I & II, LP | 5.80% |
| Ilex Partners Fund I, LLC | 22.78% |
| Robert Scully | 6.66% |
| Kevin Scully | 3.33% |
| Ronald Heineman | 0.06% |

## GOURMET EXPRESS ACQUISITION FUND, LLC
### LIST OF EQUITY SECURITY HOLDERS

| | |
|---|---|
| Corey Singman | 4.64% |
| Alzeon Partners | 0.15% |
| Joshua Gladtke | 0.12% |
| Wynston Hill Opportunity Fund | 0.40% |
| Allied International Fund, Inc. | 0.19% |
| Michael Morris | 0.19% |
| Jay Bosselman | 1.05% |
| Ilex Capital Group, LLC | 0.24% |
| St. Peter Port Capital | 5.99% |
| Hawk Investment Holdings, LTD | 1.00% |
| John Robert Foley | 0.50% |
| USC Consulting | 0.36% |
| | **100.00%** |

# United States Bankruptcy Court
### District of Maryland

In re   **Gourmet Express Acquisition Fund, LLC**                            Case No.

                                              Debtor(s)              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Acting CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **March 16, 2015**                        **/s/ Lester L. Good**

                                              **Lester L. Good/Acting CFO**
                                              Signer/Title

General Merchant Partners I & II
15 Valley Drive
Greenwich, CT 06831


Genesis Merchant Partners
15 Valley Drive
Greenwich, CT 06831


Genesis Merchant Partners I
15 Valley Drive
Greenwich, CT 06831


Genesis Merchant Partners II
15 Valley Drive
Greenwich, CT 06831


Siena Lending Group LLC
1177 Summer Street
Stamford, CT 06905

# United States Bankruptcy Court
## District of Maryland

In re   **Gourmet Express Acquisition Fund LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gourmet Express Acquisition Fund LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Ilex Partners Fund I, LLC

St. Peter Port Capital Limited

☐ None [*Check if applicable*]

March 16, 2015
_____
Date

/s/ Dennis J. Shaffer
_____
**Dennis J. Shaffer 25680**

Signature of Attorney or Litigant
Counsel for   **Gourmet Express Acquisition Fund LLC**
**Whiteford, Taylor & Preston, LLP**

**7 Saint Paul Street**
**Suite 1800**
**Baltimore, MD 21202-1626**
**410-347-8700 Fax:410-752-7092**

**Exhibit A**

**RESOLUTIONS OF MANAGERS/BOARD MEMBERS ("THE BOARD") OF
GOURMET EXPRESS ACQUISITION FUND, LLC ("GEAF")
AND
THE BOARD OF GEAF, AS THE MANAGING MEMBER OF GOURMET EXPRESS,
LLC
AND
THE BOARD OF GEAF, AS THE GENERAL MANAGER OF GOURMET EXPRESS
HOLDINGS, LLC**

Pursuant to the Amended and Restated Operating Agreement (the "Operating Agreement") of Gourmet Express Acquisition Fund, LLC, a Maryland limited liability company (the "Company"), dated December 31, 2011, the Board of the Company is authorized to take certain actions, including as set forth in Section 5.1.1 of the Operating Agreement. The Company is the Managing Member of Gourmet Express, LLC, a Texas limited liability company ("Express"). The Company is also the General Manager of Gourmet Express Holdings, LLC, a Maryland limited liability company ("Holdings"). In its capacity as the Managing Member of Express and the General Manager of Holdings, the Company's Board has determined that it is desirable and in the best interest of the Company, Express and Holdings, their respective creditors, and other interested parties, that the Company, Express and Holdings each file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

Following discussion, including a detailed review of the financial statements, including a recent balance sheet, and of projections related to Express, the following resolutions were proposed by Mr. Martin Sands and seconded by Dr. Braun and **UNANIMOUSLY PASSED:**

**RESOLVED**, that the filing by each of the Company, Express and Holdings of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court") be, and it hereby is, authorized and approved; and it is further

**RESOLVED**, that each of the Company, Express and Holdings hereby are authorized and empowered to cause to have executed and filed as soon as practicable a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland; and it is further

**RESOLVED**, that the Company, in its capacity as the Managing Member of Express and in its capacity as the General Manager of Holdings, approves and directs that each of the Company, Express and Holdings take all necessary and appropriate actions to each file a voluntary petition under the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that the appropriate officers of the Company and such other officers as they shall from time to time designate (the "Authorized Persons") be, and each of them hereby is, authorized and empowered, in the name of each of the Company, Express and Holdings, to

execute, verify and file all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that she may deem necessary or proper in connection with the chapter 11 case of each of the Company, Express and Holdings; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and directed to retain the law firm of Whiteford, Taylor & Preston, LLP to render legal services to and to represent the Company, Express and Holdings in connection with such chapter 11 cases and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and directed to retain Traxi, LLC to render financial advisory services to the Company, Express and Holdings in connection with such chapter 11 cases and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist or consult with the Company, Express and Holdings in connection with such chapter 11 cases and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in his or her judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Authorized Persons, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

*439380*

## CERTIFICATION OF
## RESOLUTIONS OF MANAGERS/BOARD MEMBERS ("THE BOARD") OF
## GOURMET EXPRESS ACQUISITION FUND, LLC ("GEAF")
## AND
## THE BOARD OF GEAF, AS THE MANAGING MEMBER OF GOURMET EXPRESS, LLC
## AND
## THE BOARD OF GEAF, AS THE GENERAL MANAGER OF GOURMET EXPRESS HOLDINGS, LLC

I, Patrick Rowland, hereby certify the resolutions attached hereto as **Exhibit A** were duly adopted, at a meeting duly called and held on March 10, 2015, which resolutions have not been amended, modified or rescinded and remain in full force and effect.

**IN WITNESS WHEREOF**, I have signed this certificate on March 12, 2015.

/s/ _PBRowland_

By:  Mr. Patrick Rowland,
Secretary of the Meeting