

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE



**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | * |
| | * |
| **GOURMET EXPRESS ACQUISITION FUND, LLC,** *et al.* | * Case No.: 15-13670 (NVA), 15-13673 (NVA), 15-13674 (NVA) |
| Debtors. | * Chapter 11 |
| | * Jointly Administered under Case No. 15-13670 (NVA) |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING EMERGENCY MOTION OF SIENA LENDING GROUP, LLC TO FILE SUPPLEMENTAL OPPOSITION TO DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING AND GRANT SENIOR PRIMING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 105 AND 364(c) AND 364(d); (B) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362; (C) AUTHORIZING DEBTORS TO ENTER INTO AGREEMENTS WITH FROZEN FOODS, LLC (D) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (E) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 363; AND (F) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001
<u>UNDER SEAL</u>**

Upon consideration of the emergency motion (the "Motion") filed by Siena Lending Group, LLC ("Siena"), requesting that the Court enter an Order permitting Siena to file its

Supplemental Opposition to the Debtors' Cash Collateral Motion and DIP Financing Motion under Seal, with the consent of counsel to the Debtors, and it appearing that good cause has been set forth as to why the Court should grant the requested relief, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that Siena is directed to file its Supplemental Opposition to the Debtors' Cash Collateral Motion and DIP Financing Motion under seal on or before 4:00 p.m. (prevailing Eastern Time) on March 24, 2015; and it is further

ORDERED, that counsel for Siena will coordinate with the Clerk's office in filing its Supplemental Opposition; and it is further

ORDERED, that the Clerk is directed to immediately restrict public access to the Supplemental Opposition when filed.

cc:

Linda V. Donhauser
Kristen M. Siracusa
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202
Email: ldonhauser@milesstockbridge.com
Email: ksiracusa@milesstockbridge.com

Jonathan N. Helfat
Daniel F. Fiorillo
Otterbourg P.C.
230 Park Avenue
New York, NY 10169-0075
Email: jhelfat@otterbourg.com

*DENIED* (watermark)

John Carlton
Dennis J. Shaffer
Alan Carl Lazerow
Whiteford, Taylor & Preston, LLP
7 Saint Paul St.
Baltimore, MD 21202
Email: jcarlton@wtplaw.com
Email: dshaffer@wtplaw.com
Email: alazerow@wtplaw.com

Thomas J. Francella, Jr.
Whiteford, Taylor & Preston, LLC
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801-3700
Email: tfrancella@wtplaw.com

Edmund A. (UST) Goldberg
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
Email: Edmund.A.Goldberg@usdoj.gov

William J. Barrett
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Email: william.barrett@bfkn.com

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, Texas 78711-2548
Jason.Starks@texasattorneygeneral.gov

>								*/s/ Kristen M. Siracusa*
								Kristen M. Siracusa

DENIED