# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Bankruptcy Case No.: |
| Gourmet Express Acquisition Fund, LLC | 15-13670-NVA |
| Gourmet Express Holdings, LLC | 15-13673 |
| Gourmet Express, LLC | 15-13674 |
| Debtors in cases jointly administered | Chapter 11 |

## U.S. TRUSTEE'S APPOINTMENT OF CREDITORS' COMMITTEE

Judy A. Robbins, United States Trustee for Region Four, pursuant to 11 U.S.C. Sec.1102(a)(1) hereby appoints the following creditors to a Creditors' Committee:

(1)   Keysource Foods, LLC, 2263 West 190th Street, Torrance CA 90504, attn.: Roger Lin, President; 310-879-4888, fax 424-652-5988

(2)   Groupwell International (HK) Limited c/o Nataporn Phaengbutdee, 3/142 Anantara Baan Rajrasong 3 Soi Mahardlekluang 3, Rajdamri Road, Lumpinee, Prarhumwan, Bangkok 10330, Thailand, +66818271305,   proxy given to Randal Constant, 3617 10th Street, Gulfport, MS 39501, (504) 214-9575

(3)   Sojitz Corporation of America, 1120 Avenue of the Americas, New York, NY 10036 attn: Maureen Baraka Bonfante, 202-704-6513, fax 212-704-6971

This appointment is subject to modification or supplementation; however, the Committee as here constituted is fully authorized to act.

JUDY A. ROBBINS, UNITED STATES TRUSTEE
FOR REGION FOUR

Date: March 26, 2015          By:/s/Edmund A. Goldberg_____

Edmund A. Goldberg, Attorney for U.S.Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
(410) 962-4300

Certificate of Service

I HEREBY CERTIFY that on March 26, 2015, I caused a copy of the foregoing to be sent electronically, by ECF Guidelines, pursuant to Local Bankruptcy Rule 9013-4 to the following: Dennis J. Shaffer, Esq., (counsel to Debtors) dshaffer@wtplaw.com, kmccruden@wtplaw.com, ttilghman@wtplaw.com; Linda V. Donhauser, Esq., ldonhauser@milesstockbridge.com; Ronald J. Drescher, Esq., ecfdrescherlaw@gmail.com; Daniel F. Fiorillo, Esq., dfiorillo@otterbourg.com; Thomas J. Francella, Esq., tfrancella@wtplaw.com; Kurt F. Gwynne, Esq., kgwynne@reedsmith.com; Alan C. Lazerow, Esq., alazerow@wtplaw.com; Kristen M. Siracusa, Esq., ksiracusa@milesstockbridge.com; Andrew M. Weiner, Esq., aweiner@reedsmith.com; and to the members of the Committee as follows:
To Keysource Foods, LLC, gov@keysourcefoods.com; and tneufeld@neufeldmarks.com; to Groupwell International (HK) Limited, groupwellhk9@gmail.com; and Sojitz Corporation of America, bonfante.maureen@sojitz.com.


and by first-class mail, postage prepaid to :

William J. Barrett, Esq., Barack, Ferrazzano, Kirschbaum & Nagelberg, 200 W. Madison Street, Suite 3900, Chicago, IL 60606; Johnathan N. Helfat, Esq., Otterbourg, P.C., 230 Park Avenue, New York NY 10169-0075; Jason A. Starks, Bankruptcy & Collections Division MC 008, P.O. Box 12548, Austin TX 78711-2548.

/s/*Edmund A. Goldberg*_____
Edmund A. Goldberg