IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **GOURMET EXPRESS ACQUISITION** | * | Case Nos: 15-13670(NVA), |
| **FUND, LLC,** *et al.*, | * | 15-13673(NVA), |
| | * | and 15-13674(NVA) |
| | * | |
| Debtors. | * | Chapter 11 |
| | * | |
| | * | Jointly Administered under |
| | * | Case No: 15-13670 (NVA) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**NOTICE IS HEREBY GIVEN**, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that Lowenstein Sandler LLP appears as counsel to the Official Committee of Unsecured Creditors (the "**Committee**") in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "**Debtors**").

**NOTICE IS FURTHER GIVEN** that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Attn: Bruce S. Nathan, Esq.
bnathan@lowenstein.com
Attn: David M. Banker, Esq.
dbanker@lowenstein.com

30985/2
04/03/15 35826355.2

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
Attn: Jeffrey D. Prol, Esq.
jprol@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail or otherwise, that affect the Debtors or the property of the Debtors or the Debtors' estates.

Dated: April 3, 2015                         LOWENSTEIN SANDLER LLP


By: */s/ Bruce S. Nathan*____
    Bruce S. Nathan, Esq.
    David M. Banker, Esq.
    1251 Avenue of the Americas, 17th Floor
    New York, New York 10020
    (212) 262-6700 (Telephone)
    (212) 262-7402 (Facsimile)
         -and-

    Jeffrey D. Prol, Esq.
    65 Livingston Avenue
    Roseland, NJ 07068
    (973) 597-2500 (Telephone)
    (973) 597-2400 (Facsimile)

    *Proposed Counsel for the Official Committee of Unsecured Creditors*