IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | | |
| **GOURMET EXPRESS ACQUISITION FUND, LLC,** *et al.*, | * | Case Nos: 15-13670(NVA), 15-13673(NVA), and 15-13674(NVA) |
| | * | |
| Debtors. | | Chapter 11 |
| | * | |
| | | Jointly Administered under |
| | * | Case No: 15-13670 (NVA) |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF DEBTORS' MOTION FOR ORDERS: (I) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS TO GENESIS MERCHANT PARTNERS, LP AND GENESIS MERCHANT PARTNERS II, LP, OR SUCH OTHER WINNING BIDDER, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363(b), (f) AND (m); (II) APPROVING BIDDING PROCEDURES AND BREAK-UP FEE IN CONNECTION WITH SUCH SALE; (III) APPROVING ASSUMPTION, ASSIGNMENT AND SALE OF CERTAIN EXECUTORY CONTRACTS AND RELATED PROCEDURES; (IV) SCHEDULING HEARINGS AND PRESCRIBING FORM AND MANNER OF NOTICE; AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on April 10, 2015, Gourmet Express Acquisition Fund, LLC ("GEAF"), Gourmet Express Holdings, LLC ("Holdings") and Gourmet Express, LLC ("Gourmet Express," and together with GEAF and Holdings, the "Debtors"), filed their Motion for Orders: (I) Approving Sale of Substantially All of the Debtors' Assets to Genesis Merchant Partners, LP and Genesis Merchant Partners II, LP, or Such Other Winning Bidder, Free and Clear of All Liens, Claims and Encumbrances Pursuant to Bankruptcy Code Sections 105, 363(b), (f) and (m); (II) Approving Bidding Procedures and Break-up Fee in Connection with Such Executory Contracts and Related Procedures; (IV) Scheduling Hearings and Prescribing

Form and Manner of Notice; and (V) Granting Related Relief (the "Sale Motion") [Dkt. No. 141].  A copy of the Sale Motion was served upon you on April 10, 2015.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Sale Motion may be held before the Honorable Nancy V. Alquist at the United States Bankruptcy Court for the District of Maryland (the "Court"), 101 West Lombard Street, Maryland 21201, in Courtroom 2A, at a date and time to be determined.  Should the Court schedule a hearing on the Sale Motion, separate notice of same will be provided.

**PLEASE TAKE FURTHER NOTICE** that any objections to the final relief sought in the Sale Motion, stating the facts and legal grounds on which objection is based, must be in writing and filed with the Court and served on counsel for the Debtors (Dennis J. Shaffer, Esq., Whiteford, Taylor & Preston, LLP, 7 Saint Paul St., Suite 1800, Baltimore, MD 21202) so to be actually received by them no later than **May 4, 2015 at 5:00 p.m.** (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that the Court, in its discretion, may conduct a hearing or determine the matter without a hearing regardless of whether an objection is filed; and that if no replies are filed by the Objection Deadline, the Court may enter an order granting the relief requested in the Sale Motion without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have also filed a motion [Dkt. No. 142] (the "Motion to Shorten") for an expedited hearing on shortened notice with respect to the Sale Motion as relates to entry of an Order: (I) establishing bidding procedures for sale of assets free and clear of liens and encumbrances, (II) approving break-up fee, (III) establishing cure claim procedures, (IV) establishing sale hearing date and objection and other deadlines related thereto, and (V) providing related relief (collectively, the "Bid Procedures").  Should the

2

Court grant the Motion to Shorten as relates to the Bid Procedures, the Debtors will provide separate notice of any hearing on the Bid Procedures and the deadline to object thereto.

**PLEASE TAKE FURTHER NOTICE** that parties-in-interest with questions regarding the subject of this Notice may contact Dennis J. Shaffer, Esq. by mail (Whiteford, Taylor & Preston, LLP, 7 Saint Paul St., Suite 1800, Baltimore, MD 21202); telephone (410-347-8700); or by e-mail (dshaffer@wtplaw.com).

Dated:  April 10, 2015                                         WHITEFORD TAYLOR & PRESTON LLP

/s/ *Dennis J. Shaffer*
Paul M. Nussbaum (Bar No. 04394)
John F. Carlton (Bar No. 06591)
Dennis J. Shaffer (Bar No. 25680)
Alan C. Lazerow (Bar No. 29756)
Seven Saint Paul Street, 15th Floor
Baltimore, Maryland 21202-1636
(410) 347-8700
pnussbaum@wtplaw.com
jcarlton@wtplaw.com
dshaffer@wtplaw.com
alazerow@wtplaw.com

*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I certify that, on April 10, 2015, I caused, through the Debtors' noticing agent, a copy of the foregoing to be served to the parties listed, and by the means indicated, in the *Certificate of Service* affixed to the Motion.

/s/ *Alan C. Lazerow*
Alan C. Lazerow

*2135127*