

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| | | |
| **GOURMET EXPRESS ACQUISITION FUND, LLC,** *et al.*, | * | Case Nos: 15-13670(NVA), 15-13673(NVA), and 15-13674(NVA) |
| | * | |
| **Debtors.** | | Chapter 11 |
| | * | |
| | | Jointly Administered under |
| | * | Case No: 15-13670 (NVA) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED HEARING ON DEBTORS' SALE MOTION AS RELATES TO APPROVAL OF BID PROCEDURES, BREAK-UP FEE, RELATED FORM AND MANNER OF <u>NOTICES FOR SALE PROCESS AND SCHEDULING OF SALE HEARING</u>**

Upon consideration of the *Motion for Expedited Hearing on Debtors' Sale Motion as Relates to Approval of Bid Procedures, Break-Up Fee, Related Form and Manner of Notice for Sales Process and Scheduling of Sale Hearing* (the "<u>Motion</u>"), filed by the above-captioned debtors and debtors in possession (each a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>"); and this Court being satisfied that the relief requested in the Motion is in the best interests of the Debtors' estates and creditors; and after consideration of any oppositions filed thereto; and it appearing that adequate notice thereof was provided and that no other or further notice need be given; and

1

after due deliberation, and sufficient cause appearing therefore; and after any hearing held thereon; it is therefore, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and it hereby is, GRANTED; and it is further

**ORDERED**, that capitalized terms not defined herein shall have the meanings ascribed to them in the Motion; and it is further

**ORDERED**, that a Hearing on the Sale Motion as it relates to the Bid Procedures will be held on the date and at the time set forth on the first page of this Order; and it is further

**ORDERED**, that the deadline to file an objection to the Sale Motion as it relates to the Bid Procedures will be held on the date and at the time set forth on the first page of this Order; and it is further

**ORDERED**, that the Debtors shall serve notice of the hearing date and time as well as the objection deadline set forth herein on those parties receiving notice of the Sale Motion by overnight mail within two (2) days of the entry of this order; and it is further

**ORDERED**, that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

**END OF ORDER**

cc:   Paul M. Nussbaum, Esq.
      John F. Carlton, Esq.
      Dennis J. Shaffer, Esq.
      Whiteford Taylor & Preston, LLP
      Seven Saint Paul Street
      Baltimore, Maryland 21202-1636

      Office of the United States Trustee
      101 West Lombard Street
      Suite 2625
      Baltimore, MD 21201

David M. Banker, Esq.
Jeffrey Prol, Esq.
Lowenstein Sandler
1251 Avenue of the Americas
New York, NY 10020

Aryeh Stein, Esq.
Meridian Law, LLC
600 Reisterstown Road
Suite 700
Baltimore, MD 21208

*2135027*